## STONE v. STATE.
No. 22041.

Court of Criminal Appeals of Texas.

April 1, 1942.

Wallace Malone, of Fort Worth, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is robbery. The punishment assessed is confinement in the state penitentiary for a period of twenty years.

The record is before this court without bills of exception or statement of facts. The indictment and all matters of procedure appear regular.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.